PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** New Haven **DISTRICT OF** [redacted] Connecticut
New Haven **DIVISION**

Padilla. Ismael #3567... (ID number partly illegible)
Plaintiff's Name and ID Number Powledge Unit
1400 FM 3452. Palestine; TX, 75803:
Place of Confinement

JAN 19 2023 PM 4:27
FILED-USDC-CT-NEW HAVEN

CASE NO.__________________
(Clerk will assign the number)

v. U.S. Dist. Ct.; Clerks office; U.S.
~~District~~ Court; N. of TX. Dallas div;
U.S. Dept. of Justice; Washington; D.C.
~~Defendant's Name and~~ Address ES: 1100 Commerce St.,
Rm: 1452. Dallas, TX, 75242.
U.S. Dept. of Justice 950 Pennsylvania Ave., NW.
Defendant's Name and Address Washington, D.C., 20530:

____________________________
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: No Files on hand.
2. Parties to previous lawsuit:
   Plaintiff(s) Ismael. Hernandez, Padilla #356764;
   Defendant(s) The State of Texas; And U.S. Dist. Ct., N. of TX. Dallas div; 5th Cir. Ct. of Appeals;
3. Court: (If federal, name the district; if state, name the county.) Dallas Division/New Orleans, LA, 70130.
4. Cause number: "78-2585-F; F82-90756-P, F83-88766-H".
5. Name of judge to whom case was assigned: "No Files on hand".
6. Disposition: (Was the case dismissed, appealed, still pending?) pending
7. Approximate date of disposition: N/A

Rev. 05/15

Powledge Unit; 1400 FM 3452;

II. PLACE OF PRESENT CONFINEMENT: Palestine, TX, 75803:

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___ YES X NO

"NOT NECESSARY & VIOLATION OF The 8th AMENDMENT"

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Ismael Hernandez, y Padilla #356764; 1400 FM 3452. Palestine; TX, 75803:

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: U.S. DIST. COURT'S Clerk's office(s); U.S. Dist. Ct. N. of Texas Dallas division. 1100 Commerce St., Rm: 1452. Dallas, TX, 75242.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

"Caused me mutilations of the mind and body, By denials of docketing 2254 Habeas Corpus writs, surrendering court hearings."

Defendant #2: Dep't. of Justice; of United States

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. Failing to control its U.S. courts of; not ruling by U.S. Supreme Court Laws" And; Illegally imposing mutilations of the mind and body by conspiracy."

Defendant #3: ______

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. CORRUPTION CONSISTS IN THE U.S. COURTS IN N. OF TX; Dallas division; 5TH CIR. CT. of appeals and, her mother court The dep'T. of justice in Washington, D.C., 20530: "Plaintiff Filed several 2254 habeas Corpus writ; "ALL" which are in relations to causes 78-2585-F; F82-90756-P, F83-88766-P" U.S. DIST. CT., of N. of TX., Never Filed the appeals; surrender cause numbers, And nor attempted to resolve the appeals, illegally extended the illegal sentences;" "U.S. dep'T of justice was notified of such denials of U.S. due process clause rights and, ignored the assaults; which caused mutilations of the mind and body by sentences being served unconstitutionally; SEE, NO: 3:19-CV-01113(VAB)."

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I request acquittals on all sentences; be released from prisons, jails, not be retaliated and, for the U.S. courts appoint U.S. jury to hear assaults and, award me damages; As well as estate, damages.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Smiley, Ichiima, Jap, Fishman;

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#356764; 02701956

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.) NO FILES ON hand; F82-90756-P, F83-88766-P."

1. Court that imposed sanctions (if federal, give the district and division): U.S. DIST. and, 5TH CIR. CT., of appeals."

2. Case number: F82-90756-P; F83-88766-P."

3. Approximate date sanctions were imposed: "NO FILES ON hand."

4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ___ NO "Court costs have been deleted in: Inmate Trust Fund, print-outs; AFTER I Filed an Lawsuit," dated: 05/12th/2021, in New Haven, CT, 06510."

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.) "NO FILES ON hand."

1. Court that issued warning (if federal, give the district and division): U.S. DIST. CT. N. OF TX; DALLAS DIVISION; 5TH CIR. CT. OF APPEALS; NEW ORLEANS, LA. 70130:

2. Case number: F82907 56-P; F83-88766-P:

3. Approximate date warning was issued: "NO FILES ON hand":

Executed on: 12/25th/2022:
DATE

Ismael H. Padilla 356764:
Ismael H. Padilla 356764:
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 25th (Day) day of December (month), 20 22 (year).

Ismael H. Padilla 356764.
MR. Ismael H. Padilla 356764
(Signature of Plaintiff)
PRO SE / INDIGENT:

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

"Memorandum of Law brief"

PLAINTIFF/PETITIONER FILES THIS HIS; 1983, PRISONER'S CIVIL RIGHTS COMPLAINT AGAINST THE NAMED DEFENDANT'S WHO KNOWINGLY AND INTENTIONALLY PROCEEDED IN ASSAULTING AND HARMING THE PLAINTIFF PETITIONER.

IN COMPLAINT DATED 12-25TH/2022. "THE PETITIONER PETITIONING THIS U.S. DIST., CT., OF NEW HAVEN; CT., 06510; WILL SHOW THE FOLLINGS:

I

AFTER EXHAUSTING STATE COURT REMEDIES; PLAINTIFF FILED THE NECESSARY 2254 HEBEAS CORPUS WRIT APPEALS NUMBERS BY DATES AND TITLES OF APPEALS; 1). CONVICTIONS DATED: 6-28TH-2012, NOT RESPONDED BY THE U.S. DIST. CT., OF N. OF (TX), DALLAS DIVISION; 2). CONVICTIONS, DATED:, AUGUST. 2ND, 2012, NOT RESPONDED BY U.S. DIST. COURT N. OF (TX), DALLAS, DIV., 3). CONVICTIONS, DATED:, 03-10TH-2013, NOT RESPONDED BY U.S. DIST. COURT OF N. OF (TX), DALLAS DIVISION.; 4). CONVICTIONS; EX-POST-FACTO, DOUBLE JEOPARDIES, DATED:, 4-24TH-2013, NOT RESPOND BY U.S. DIST. CT., OF N. OF (TX), DALLAS DIVISION; 5). CONVICTIONS, (D.N.A.) TESTINGS, DATED:, 10-5TH/2013, NOT RESPONDED BY U.S. DIST., CT., OF N. OF (TX), DALLAS DIVISION; 6). DENIALS OF RELIEF BY (D.N.A.) EVIDENCES IMPOSES DOUBLE JEOPARDY SENTENCES FOR SAME OFFENSES, DATED; 01-24TH/2014, NEVER RESPONDED FROM U.S. DIST. CT. OF N. OF (TX), DALLAS DIV.; 7). REQUESTING, U.S. DIST. CT., TO SUMMONED NATIONAL COURT SYSTEM DATED; 01-31ST/2014, COURT FAILED TO SUMMONED THIS COURT, AND, WITHHELD EXCULPATORY EVIDENCES AND; ILLEGALLY EXTENDED SENTENCES, IN VIOLATIONS OF FED. R. CIV. PROCS 45(B) AND, 50(B), AS WELL AS U.S. 5TH AMENDMENT'S, U.S. DIST. CT., NOT TO DISCRIMINATE.; 8). KIDNAPPINGS, BY STATE COURT AND, U.S. DIST. CT., OF U.S. DISTRICT COURT; ILLEGAL REPROSECUTIONS BY THE STATE AND U.S. COURT, NEVER RESPONDED

dATEd:, 02-24Th-2014;
OR, GRANTEd RELIEF by discrimination; VIOLATION OF
5Th Amendment; And, SECTION-ONE-OF 13Th Amendment;
9). Illegal uncharged convictions by U.S. DIST. CT.,
OF N., OF (TX) DALLAS division; Denials To GRANT RE-
LIEF OFF iLLEGAL PAROLE; Please SEE NO:3:19-
CV-01115(VAB); And, dATEd:, 02-28Th-2014;
10). ILLEGAL; IMpositions of SANCTIONS by U.S.D-
ISTRICT COURT 28 U.S.C.A. 1915(g), AFTER Knowing
The SENTENCES ARE unconstitutional And; The
28 U.S.C.A. 1915(g) is NOT based on U.S. Supreme
COURT CASE OR, LAW: DATEd:, August 5Th-
2014.; 11). Denial of Summons of National COURT SYS-
TEM; To RECEIVE due process in Federal U.S. DIST. CT.,
OF N. OF (TX), DALLAS division dATEd: 10-15Th-2014;
12). Denials of due process clause rights To U.S.
CONSTITUTIONAL Laws, dATEd:, 11-7Th-2014.; 13). DE-
NIALS OF RELIEF by U.S. DISTRICT COURT; DA-
TEd:, 11-9Th-2014, convictions unconstitutional; SEE,
NO:3:19-CV-01115(VAB).; 14). U.S. DIST. CT., CLERK'S;
Judges conspired with STATE governments office
To, iLLEGAL uphold unconstitutional convictions
And cause harms To The appellant; SEE,
NO:3:19-CV-01115(VAB); DATEd:, 11-10Th-2014.;
15). Denials of RELIEF, By denials of access To CO-
URTS; DATEd:, 03-25Th-2015; Court NEVER issued dock-
ET NUMBER.; 16). U.S. COURT; withheld due process,
access To COURTS intentionally, violating U.S. CONS-
TITUTIONAL Rights And Laws, imposing mutilations of
The mind And body; SEE, IN RE KEMMLER, 1890/136
U.S. 436), in dATEd:, 03/2012; 17). Convictions; DATEd:,
04-15Th/2015, denial of RELIEF; SEE, NO:3:19-CV-
01115(VAB); 18). U.S. COURT REFUSED To appoint dock-
ET NUMBER ON iLLEGAL uncharged convi-
ctions; As WELL AS To deny Access To courts And,
imposed mutilations To The mind And body in dATEd;

"PAROLE;"
05-6th-2017.; 19). U.S. DIST. CT.; OF; N. OF (TX); Dallas
division Failed to appoint docket Number, Rule on
2254 hebeas Corpus writ dated; 05-8th/2017;
20). Collateral Attack appeal 2254 hebeas Corpus
writ; U.S. Dist. Ct.; violated 5th amendm't. by im-
posing discriminations, Failure to impose
docket number, Rule, and, grant relief, illegally
extending sentence; see, Fed. R. Civ. Procs 43(B)
50(B); and, causations of mutilations of the mind
and body; 21). U.S. Dist. Ct., of N. of (TX); Dallas
division Failed to appoint an court ruling of
relief, as well as docket number of appeal,
on forged document appeal, U.S. Court knew convict-
ions were and still are unconstitution-
al and continues to impose mutilations of the
mind and body, see, No: 3:19-CV-01115(VAB).
writ dated: 01-12th/2018.; "[redacted]"; 22). U.S.
Dist. Ct., of N. of (TX); Dallas division, Failed to
appoint docket number, to rule and, extended
illegal sentences, imposed mutilations of the
mind and body.; writ dated; July. 4th,
2019; 23). U.S. dist. court, Imposed uncharged
convictions by denial of appointing docket number
to writ dated; May. 12th/2021 and, appeal
numbers WR-20-423-56 and, WR-20-423-
57; Illegally and knowingly extending the unc-
onstitutional sentence and, withholding ex-
culpatory evidences, violations of; Fed. R. Civ.
procedures 45(B), 50(B); 5th amendm't, as well
as 8th amendm't, (harms), section-one-of 13th amendm't.; 24). Failed to app-
oint docket number; Rule on 2254 writ, Failed
to grant relief, illegally imposed double jeopardies
writ dated; February. 23rd/2022.

25). U.S. Dist. Ct., of N. of (TX); Dallas divisions Failed to impose docket number, rule on 2254 habeas Corpus writ, withheld exculpatory evidences, imposed uncharge convictions on #78-2585-F; F82-[redacted]90756-? and, F83-88266-P and illegally extended sentences, (de-novo) by extentions of sentences, as well as impositions of knocks, as well as impositions of "See, writ dated; mutilations of and on the body; July. 10th/2022.; 26). "U.S. Department of justice in Washington; D.C., 20530; plaintiff/appellant filed an complaint into this (D.O.J.) on July 5th-2022. "The dept. replied on 12-14th/2022 and, issued report #233497-ZQJ; The Department Failed to properly investigate the violations of due processes, access to courts and, mutilations of the mind and body; By the defendants of U.S. Dist. court; Clerk's office officials and, (D.O.J.).

## II

## "Conclusions"

Plaintiff/appellant; requests "relief", released from unconstitutional sentences, incarcerations and, awarded damages by appointment of an U.S. District court jury to hear all evidences and award damages from all those in offices. of the U.S. Clerks, judges and the Dept. of justice, court officials in office; while prisoner was being denied access to courts, Due process clause rights and, being assaulted, while being forced to serve convictions not based on crimes or, legit sentences, based on section-one.-of 13th amendment, Clark. V. Arizona, 548 U.S. 735, 766 (2006); Article VI of section II of U.S. constitution, 8th amendment and, Fed. R. civ. procedures 45(B), 50(B), "U.S. Const.; 5th, 6th, 8th, 13th and, 14th amendments."

Mr. Jamal. D, Padilla 356264;

"Conclusions for relief in damages"

Plaintiff/appellant requests; one trillion dollars from Department of justice of Washington; D.C., 20530; 100, million dollars from U.S. District Court of Northern of Texas; Dallas division, and, the estates of all Clerk's in U.S. District Court (terms in offices), as well as U.S. District judges of the U.S. Dist. Court of N. of Texas, Dallas division. " And the 5th (Fifth) circuit court of appeals judges starting from 1985 to 20........., The Clerk stated from the 5th circuit court's respond dated September 29th/2021; that, the Fifth circuit court could not grant relief for the folling reasons that the court had; no jurisdiction to consider the requested relief without a formal pending appeal?" The required caption; Has always been on appeal by causes F82-90356-P and F83-88766-P, which was moved onto No; 3:19-CV-01115 (VAB)," and later, by 2254 habeas corpus writ #, dated; 6-29th/2021; No: 3:17-CV-02054-N-BH, No: 3:17-CV-01426-L-BN; 3:11-CV-3509-M; Collateral attack dated: 02/19th 2017; Illegal paroles dated: 10-17th/2018, No: 4:21-CV-728; 3:21-CV-436-N-BH, 3:22-CV-596, 3:21-CV-908-C-BH, 3:22-CV-00416-SRU), 1:20-CV-168, 1:20-CV-200-C, 3:22-CV-403-E-BN, 3:21-CV-348-N-BN, 3:16-CV-384, No: 3:22-CV-1004, 3:22-CV-1052;" these are just some appeals that; the U.S. Dist. Ct., and 5th Cir. Ct., of appeals illegally forced on the appellant by denials of access to courts; and, denials of due process clause rights to the laws of the U.S. Const.,

Plaintiff; requests $200 trillion dollars from the estates of all judges the 5th Cir. Ct., of appeals;

And Clerks whoever had a role in the denials of due processes, relieves, assaults and mutilations of (the) mind and body of the plaintiff/appellant, Mr. Ismael. Hernandez, Padilla #356764, and sentences mentioned in NO: 3:19-CV-01115 (VAB).

Exhibits submitted to enforce this action; 1). 2254 habeas corpus writ dated supra above in referenced pages 1-4. "Page 4; Section II, some case laws with verbal explanations known as conclusions." "Conclusions for relief in damages page IV, V"; Fif-th circuit's court of appeals responded dated; Sept. 29th 2021. "Motion to U.S. Dist. Ct., N. of TX; Dallas division," "Federal 1983 complaint" In relations to convictions, 78-2585-F; F82-90756-P and F83-88766-P, and the State of Texas"; motion dated: 24th of February, 2021. "Motion of request for U.S. District Ct. of N. of TX; Dallas division, "correct its violations of Fifth amendment and remand the causes back to trial courts or an: Fed complaint will be filed against U.S. Dist., Cts.," motion dated; October, 2021."

Mailed to: U.S. District court; Clerk's office and at: 141 Church Street, New Haven, CT., 06510: mailed on: December. 25th / 2022: Sworn: 28 U.S.C.A. 1746, 18 U.S.C. § 1621):

Mr. Ismael H. Padilla #356764;
1400 FM 3452,
Palestine, TX, 75803:

12/25th/2022:

"C. Copies:"

[signature]

Exhibit II

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 29, 2021

Mr. Ismael Padilla
#356764
Boyd Unit
200 Spur 113
Teague, TX 75860-2007

Dear Sir:

I am responding to your "Motion of Request for Injunctive Relief" for the following reason(s):

This court has no jurisdiction to consider the requested relief without a formal pending appeal. You may both caption and file a notice of appeal directly with the U.S. District Court.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Donna L. Mendez, Deputy Clerk
504-310-7677

3/22/2021

IN THE UNITED STATES DISTRICT COURT;
FOR THE NORTHERN DISTRICT OF TEXAS;
DALLAS DIVISION.

Padilla, Ismael #356764.
PETITIONER.

Federal 1983 complaint; In relations to; convictions, 78-2585-F; F82-90256-P, F83-88766-P, And The state of Texas.

V. CITY; TOWN, OR MUNICIPALITY OF DALLAS CO., DALLAS; TEXAS, TX.; PRISON SYSTEM, TX.; PAROLE DIVISION #5TH DIST. COURT / 203 DIST. COURT OF DALLAS CO.; DALLAS; TEXAS. GOV. OF TX., GREG. ABBOTT.
DEFENDANTS.

1). PETITIONER WAS CONVICTED FOR (3) CONVICTIONS IN HIS LIFE STARTING ON JULY. 21ST, 1977 AND CONVICTIONS 78-2585-F. AS A MINOR THE COURT #5 WAS SUPPOSED TO NOTIFY THE MINORS ONLY PARENT, his mother That; he WAS ARRESTED FOR MARIJUANA, UNDER AN OUNCE; COURT OF DALLAS CO; THIS CONVICTION "WAS MANIPULATED" TO CONVICT THE MINOR AS AN ADULT. THE COURT DOCTORED THE ARREST DATE, DOCTORED THE COURT DATES AND, EXTENDED THE MINORS AGE TILL HE TURNED (18) EIGHTEEN YEARS OF AGE, AND, ILLEGALLY CONVICTED HIM AS A; FELON." THIS CONVICTION WAS LATER USED TO PREJUDICE THE JURY IN CONVICTIONS NUMBERS, F8-2-90256-P AND, F8-3-88766-P; THE CIVIL ACTION IS ON APPEAL AT THE; 2ND CIRCUIT COURT OF APPEALS, IN NEW YORK; NY, 10007.

2). THE COURT IS IN CONSPIRACY WITH THE; TEXAS PRISON SYSTEM AND THE; TEXAS PAROLE SYSTEM, IS IN CONSPIRACY WITH THE TEXAS PAROLE DIVISION TO DENY RELEASE TO THE PETITIONER; AND ARE HOLDING THE PETITIONER'S LEGAL AND PERSONAL PROPERTY (IES), HOSTAGE; AS WELL AS TO CHARGE INDIGENT LEGAL SUPPLIES FOR THE USE OF LEGAL SUPPLIES TO APPEAL; ILLEGAL CONVICTIONS. "PETITIONER FILED AN CIVIL ACTION TO

have The U.S. COURTS FEES, dismissed; Because, he is NOT guilty; "And The courts Know This FOR A FACT."

3). "The Courts charged The petitioner U.S. courts Appeals; indigent FEES; "And; Now, The petitioner petitions This court To order All back pay FOR PAST charges That, The petitioner was NOT obligated To pay FOR, FOR convictions That were AND ARE NOT, Legit; "But obtained by prosecuters And judges political gain AND, conspiracies, corruptions, conflicts of interests And, conflicts OF Laws; please SEE grievances (202015212 2); (202106 4728); (20210560 13); And, (202107 03301) (20210703 20); "And; UNANSWERED grievance(s) step-one's dated: 01-21st/2021 / 02/8th/2021); And, 02/16th/2021, 01/5th/2021 #202405 24-35); And, 01/16th/2021 # 2021058 242). "step-one's and two's numbers;

4). Petitioner Also; requests That, This court order The state To reimburst him FOR Lost commissary (ies), of when he was on medical chains, broken FANs, And, E-comm commissary, illegally Taken FROM his E-comm account, And, illegally charged FOR indigent supplies and, court, fees, As well as back pay FOR all past charges, "in the past." "The petitioners been convicted in The old Laws; Before New Laws Allowed medical To charge medical Fees, The petitioner Also requests back pays And, "NOT be charged FOR any FUTURE, CHARGES, AS well as To be released of all unlawful convictions, Thank you; And all his Legal / personal; commissary (ies) be returned and released, From illegal incarcerations in Trial courts, who refuse To Rule on All 11.07 habeas corpus writ, Filed under New Laws And, New, evidences"; Thank you!"

Mr. Jamal A. Padilla #356764,

"C.copies!"

02/22nd/2021.

"VERIFICATION; DECLARATION AND, AFFIDAVIT":
I, ISMAEL. H, Padilla #356764. Honorably swear that an; "1983 Federal complaint; with brief and application of informa pauperis form dated:
/2021." was sent to: U.S. Dist. Court; Northern of Texas Dallas division and at: 1100 Commerce St. Dallas, TX, 75242. Mailed through; Gist. State jail T.D.C.J.-I.D.; 3295 Fm 3514 Beaumont; TX, 77705.
Mailed on; 24th day of February, 2021.
Sworn; All to be true and correct, under oath. penalty of perjury, Federal Laws, 28 U.S.C.A. 1746/18 U.S.C. § 1621).

Mr. Ismael H. Padilla 356764;
3295 Fm 3514,
Beaumont, TX, 77705.

"C.C. copies!" 02/22nd/2021.

IN THE UNITED STATE COURT OF APPEALS;
FOR THE NORTHERN OF TEXAS ~~DISTRICT~~.
DALLAS DIVISION

Padilla, Ismael #326764.
PLAINTIFF/appellant

V. U.S. DISTRICT CT., N. OF TX.,
Dallas division, ET AL.,
DEFENDANTS: 5TH CIR. CT. OF appeals:

MOTION OF REQUEST FOR U.S. ~~DISTRICT~~ CT., OF N. OF TX, Dallas division, "CORRECT ITS VIOLATIONS OF FIFTH AMENDMENTS AND REMAND THE CAUSES BACK TO TRIAL COURTS OR ANY FED COMPLAINT WILL BE FILED AGAINST U.S. DIST. CTS."

#s 78-2585-F;
F-82-90756-P
F83-88766-P.

I

AFTER EXHAUSTING STATE REMEDIES; PLAINTIFF/appellant submitted his 2254 habeas corpus writs, BRIEFS and, im FORMA pauperis Forms; "TO ACCOMPANIED THE RESPECTED submitted appeal & Numbers STATED above in REFRENCED and, "all dated as: ONE: 6-/28th/2012; 08-2nd/2012, 03-10th/2013, 05-10th-2013, 10-5th-2013, 01-/27th-2014, 02-24th-2014, 02-28th-2014, 08-5th-2014, 11-7th-2014, 11-9th-2014, 11-10th-2014, 03-25th-2015, 04-15th-2015, 02-5th-2014, 07-24th-2017, 10-24th-2017, 07-7th-2019.

II

"OTHERS such AS: 10-7th-2013; 01-31st/2014, 10-5th-2014. REQUESTED (ING) RELIEF," and that the U.S. DISTRICT COURT TURN THE 2254 habeas writs over to The NATIONAL court system, the conspired to withheld EVIDENCES and illegally EXTEND the SENTENCES INVIOLATIONS of the double jeopardy CLAUSES, ART. 07 OF The declaration OF Rights, discrimination U.S. Laws

denials of access to courts, conspiracy to slavery, involuntary servitude, section -one- of 13th amendment. conflicts of Federal Laws within the Federal courts' system; see, Art. VI of section II of U.S. constitution and, slanderings: Gitlow. v. New York, 1925 (268 U.S. 652), as well as Federal governments discriminations of the 5th amendment; which is enforced against the Federal governments" denials of due process clause rights and Laws to the united states constitutional Laws by Federal courts, "Illegal extentions of sentences Fed. R. civ. proc. 50(B) and illegal withheldings of evidences by Federal courts, Fed. R. civ. proc., 45 (B)(D), Federal courts violate state, v. Kuntz, 995 P.2d.951 (mont. 2000). "And courts" knowingly and intentional multilations of the body; please see, In Re Kemmler 1890, (136 U.S. 436), by the Federal government: "The denials of due process rights (clause rights) and damages will amount to billions of dollars in damages, against the Federal U.S. courts of N. of TX., Dallas division, please also see that; an thourough proper investigation, the U.S. courts, would've discovered that, the convictions were unconstitutional. please see 3:19-cv-1115 (VAB), please. thank you."

mr. Ismael. A. Padilla #3567674;
200 Spur 113.
Teague, TX, 75860:
c. copy (ies):

10/20th/2021:

Mailed To: U.S. district Court of Northern of Texas Dallas division: 1100 Commerce Street. Dallas, TX, 75242: Mailed Through; Boyd prison unit; Its U.S. postal mailroom. On day of October, 2021:

Sworn mailed: 28 U.S.C.A. § 1746 / 18 U.S.C. § 1621):

Mr. Jamal H. Padilla #3567 64;
200 Spur 113,
Teague, TX, 75860:

" C. copy (IRS) "

CASES THAT GOVERN THIS 1983 FEDERAL COM-
PLAINT AND; SHOW THE VIOLATIONS OF ALL U.S. CON-
STITUTIONAL LAWS BY THE DEFENDANTS STATED ABOVE
IN CAPTIONED:

I). DEFENDANTS VIOLATED THE U.S. CONSTITUTIONAL
LAWS OF THE UNITED STATES CONSTITUTION; 5TH,
6TH, 8TH, SECTION-ONE-OF 13TH AMENDMENT AND
14TH AMENDMENT; WHEN THE DEFENDANTS DENIED
THE PLAINTIFF ACCESS (TO) COURTS AND DUE PRO-
CESS RIGHTS TO THE LAWS OF THE U.S. CONSTITUTION;
PLEASE SEE NO: 3:19-CV-01115 (VAB); THE SENTENCES
ARE UNCONSTITUTIONAL. "DEFENDANTS; DISCRIMINATED
THE PLAINTIFF WHEN DEFENDANTS DISCRIMINATED
BY DENIALS (OF) RELIEF; "TO THE UNCONSTITUTIONAL
SENTENCES NOT BASE ON CRIMINAL CONVICTIONS; SEE,
SECTION-ONE-OF 13TH AMENDMENT, SUPRA ABOVE, (DE-
NOVO); AND, CLARK. V. ARIZONA, 548 U.S. 735,
766 (2006), DOUBLE JEOPARDIES U.S.C.A. AMENDS 5TH,
14TH VERNON ANNOS TEXAS CONST. ARTICLE 1 § 10).
ADDING SANCTIONS) ON UNCONSTITUTIONAL SENTENCES;
(TO) ILLEGALLY EXTEND THE SENTENCES; SEE, ARTICLE
02 OF DECLARATION OF RIGHTS AND, FED. R. CIV. PROC.
50(B); AND, FAILING TO RULE AND GRANT RELIEF ON
ALL 2254 HABEAS CORPUS WRIT APPEALS STATED ABOVE
IN LAWSUIT AND, MEMORANDUM OF LAW BRIEF;
DATED; 12-25TH/2022. "WITH HOLDINGS OF COURT
RULINGS; EQUALS TO WITH HOLDINGS TO EXCUL-
PATORY EVIDENCES; FED. R. CIV. PROC. 45(B);
5TH, 6TH AMENDS; UNDER U.S. CODE SECTION (1981)
(1982), WHICH PROHIBITS DISCRIMINATIONS; (DENIALS
OF ACCESS TO COURTS AND DUE PROCESS R-
IGHTS; SEE, BOUNDS, V. SMITH, 430 U.S. 817 (1977)
AND, PROCUNIER, V. MARTINEZ, 416 U.S. 396
1974); (DEFENDANTS; VIOLATED THE 5TH AMEN-

dMENT THAT IS ENFORCED AGAINST ALL DEF-
ENDANTS who hold COURTS OF LAW AND OR, OFFI-
CIRS OR OVERSEERS OF THE LAWS OF THE US SUP-
REME COURT OR; LAWS OF THE UNITED STATES CON-
STITUTION; SEE, ART VI OF SECTION II OF
U.S. CONSTITUTION; (DEFENDANTS, KNOWINGLY AND INT-
ENTIONALLY SLANDERED AND PHYSICALLY HARMED
THE PLAINTIFF BY SLANDERING THE PLAINTIFF'S RE-
PUTATION; NAME AND, PERSONNAL CARACTER, PLEASE
SEE, GITLOW, V. NEW YORK, 1925 (268 U.S. 652); L-
IFE LIBERTY, PREVILEGES AND, PROPERTY (IES); P-
LEASE SEE 8TH AMENDMENT, SECTION ONE OF 13-
TH AMENDMENT AND, 14TH AMENDMT.; (DEFENDANTS
FALSIFIED RECORDS; DOCUMENTS AND, ILLEGALLY
IMPOSED 28 U.S.C.A. 1915 (g) SANCTIONS WHEN IN
FACT DEFENDANTS KNEW THE CONVICTIONS TO BE
UNCONSTITUTIONAL; SEE, NO: 3:19-CV-01115 (VAB),
CAUSES NUMBERS 78-25 85-F; F82-90756 P,
F83-88766-P IN NO: 3:19-CV-01115 (VAB);
SEE; WEEMS, V UNITED STATES, 1910 (217 U.S. 349);
(DISAPPROPRIATE PUNISHMENTS; SENTENCES, SEE
STATE, V. WALDEN, 1982 (293 S.Ed. 2d. 780); (FALSE
IMPRISONMENTS, 1961 (172 N.E. 2d. 380);
(CONSPIRACIES; PINKERTON, V. U.S., 1946 (328 U.S. 640);
STATE, VARGAS, 2003 (812 A. 2d. 205); (ENTRAPMENTS;
STATE, V. HALLIDAY, 431 S.O. 2d 309 (FLA. DIST. CT. APP.
1983); OLIVER, V. STATE, 703 P. 2d. 869 (NEV. 1985);
SHERMAN, V. U.S., 1958 (356 U.S. 369); (MUTI-
LATIONS OF THE MIND, AND BODY; IN RE KEMMLER,
1890 (136 U.S. 436); (DEFENDANTS; ORGANIZED CRIMINAL
BEHAVIORS THAT IS ENTERPRISE CRIMINALITY - FROM SIMP-

le political to sophisticated white collar schemes to traditional mafia-type endeavors" (Blakely and Gettings 1980, 1013-1014).

"Plaintiff; requests to add to the complaints No: 3:22-CV-1695-m(BH) and, 5:18-CV-01121-DAE, and enhance the damages phase to, two hundred trillion dollars against the defendants for the same charges stated above in referenced, supra above (de-novo); and that, the U.S. Dist. Court impose an U.S. jury to hear all evidences and, award damages if there's going to be a problem in damages resolvements; "Thank you!"

Mailed to: U.S. Dist. Court; Clerk's Office; 141 Church Street. New Haven; Ct; 06510:

Mailed on: December. 25th/2022:

Sworn: 28 U.S.C.A. 1746, 18 U.S.C. § 1621:

Mr. Ismael Hernandez Padilla

#356764;

1400 FM 3452

Palestine; Texas, 75803:

12/25th/2022:

"Copies:"